IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BEA MOUNTAIN MINING CORPORATION,

    *Plaintiff,*

v.

INTERNATIONAL CONSTRUCTION & ENGINEERING (SEYCHELLES),

    *Defendant.*

Case No. 1:17-cv-01374-LO-MSN

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Michael S. Nachmanoff, dated April 3, 2018. Dkt. 17. Defendant did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Motion for Default Judgment (Dkt. 13), and the supporting documents, and **ADOPTS** the findings and recommendations of Judge Nachmanoff.

Accordingly, for the reasons cited by Judge Nachmanoff and for good cause shown, Plaintiff's Motion for Default Judgment is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiff and against Defendant for (1) $6,990,626.28 plus interest at a rate of 2 percent, compounded quarterly, from January 23, 2017 until payment, and (2) £2,700,000 plus interest at a rate of 2 percent, compounded quarterly, from January 23, 2017 until payment.

April 18, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge